FIFTH DISTRICT COURT OF APPEAL
Case No. 5D2024-0467
LT Case No. 2024-00099-CFMA

GARY ZAIDMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender, and Brian Hyer, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.

November 8, 2024

PER CURIAM.

In this *Anders* appeal,[*] we affirm Appellant's judgment and sentence. The written judgment, however, incorrectly reflects that Appellant entered a plea to trespass on property other than a

---

[*] *Anders v. California*, 386 U.S. 738 (1967).

structure or conveyance in violation of section 810.09, Florida Statutes, but he entered a plea to trespass of a conveyance in violation of section 810.08, Florida Statutes. Accordingly, we remand this case for the trial court to correct the scrivener's error in the written judgment. *See Davis v. State*, 211 So. 3d 354, 354 (Fla. 5th DCA 2017) ("We remand only for correction of a scrivener's error in judgment" in an *Anders* case.).

AFFIRMED; REMANDED for correction of scrivener's error.

MAKAR, LAMBERT, and KILBANE, JJ., concur.

――――――――――――――――

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

――――――――――――――――